UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
CASE NO. 02-14012-CR-GRAHAM
            02-14051-CR-GRAHAM

UNITED STATES OF AMERICA

    Plaintiff,

vs.

**PHILLIP MORRIS HERRIN,**

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ON THE PETITION FOR VIOLATION OF SUPERVISED RELEASE

**THIS CAUSE** came before the Court upon the Petition for Violation of Supervised Release filed on June 26, 2018.

Magistrate Judge Shaniek N. Maynard held a Evidentiary Hearing was held on July 16, 2018 and a Report and Recommendation was filed recommending that Defendant's term of supervised release be revoked. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however to date, none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that Magistrate Judge Maynard's Report and Recommendation on the violations set forth in the Petition for Violation of Supervised Release is hereby Adopted and Approved in its entirety.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7TH day of September, 2018.

                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

Copied: Diana Acosta, AUSA
        Fletcher Peacock, AFPD
        Beau McGee, USPO